AO 91 (Rev. 11/11) Criminal Complaint             AUSA Shy Jackson (312) 886-1317

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

KINTA HARRIS

CASE NUMBER: **18 CR 359**

MAGISTRATE JUDGE MARTIN

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about June 11, 2018, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | by intimidation, took from the person and presence of bank employees approximately $4,203 in money belonging to, and in the care, custody, control, management, and possession of MB Financial Bank, 3030 East 92nd Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation |

FILED

JUN 12 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

This criminal complaint is based upon these facts:

 X  Continued on the attached sheet.

KEVIN EBERLE
Task Force Officer, Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: June 12, 2018

Judge's signature

City and state: Chicago, Illinois

DANIEL G. MARTIN, U.S. Magistrate Judge
*Printed name and Title*

UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF ILLINOIS | ss

## AFFIDAVIT

I, Detective Kevin R. Eberle, being duly sworn, state as follows:

1. I am a Task Force Officer with the Federal Bureau of Investigation ("FBI"), and have been so employed for one and a half years. I am currently working as a part of the Violent Crimes Unit, Fugitive Task Force within the FBI. My responsibilities as an FBI Task Force Officer include the investigation of violent crimes, including, among others, kidnaping, bank robbery, extortion, murder-for-hire, and the apprehension of violent fugitives.

2. In addition, since approximately 1994, I have been employed as a police officer with the Chicago Police Department, the last 15 years of which I have served as a detective. As a Chicago Police Detective, I have investigated numerous violent crimes cases, including homicides, criminal sexual assaults, aggravated battery shootings, and stabbings. Over the course of my career, I have been the applicant for numerous search warrants and authored other legal processes.

3. This affidavit is submitted in support of a criminal complaint alleging that KINTA HARRIS has violated Title 18, United States Code, Section 2113(a).

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging KINTA HARRIS with bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are

necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

5. The information in this Affidavit is based on interviews of witnesses, my own observations and actions, including observations of surveillance videos, information received from other law enforcement agents, my experience and training, and the experience and training of other agents.

## I.  FACTS SUPPORTING PROBABLE CAUSE

### June 11, 2018 MB Financial Bank Robbery

6. On June 11, 2018, at approximately 9:13 a.m., a bank robbery occurred at MB Financial Bank, located at 3030 East 92nd Street, Chicago, Illinois (the "**Subject Offense**"). Both the Chicago Police Department ("CPD") and the FBI responded to the robbery.

### Interview of Victim Teller

7. According to Teller A, who was working at MB Financial Bank on June 11, 2018, at approximately 9:00 a.m., an unknown black male, hereinafter referred to as the "robber," entered the bank from the revolving door on the north side of the bank. Teller A told law enforcement that the robber walked directly to his/her teller counter and stated something to the effect of, "I want to open an account for my mother." According to Teller A, the robber subsequently took a crumpled note out of his pocket and handed it to him/her. Teller A un-crumpled the note, on which he/she saw the word "robbery" written on the note. According to Teller A, he/she then went into his/her top teller drawer to retrieve money, at which time the robber stated in

effect, "Don't alert anyone. Don't make a scene. Give me all the money. Hurry up, I have a gun. Hurry up before I hurt someone." Teller A told law enforcement that the robber also ordered him/her to "hurry up" multiple times. According to Teller A, the robber also gestured and touched his side as if he had a weapon. Teller A did not see a gun or other weapon during the robbery.

8. Teller A told law enforcement that he/she handed money from his/her teller drawer to the robber, which included bait bills.[1] According to Teller A, the robber took the money and turned to walk out of the south doors, leaving the demand note behind. Teller A subsequently observed the bank's security guard confront the bank robber, stating something to the effect of, "No, you can't leave here with that. Give it back." According to Teller A, the robber responded by stating something to the effect of, "You can't stop me." Teller A then observed the robber exit the south doors of the bank, followed by the security guard, after which Teller A heard one gun shot.

9. Teller A described the robber as a black male, approximately 30 to 40 years of age, with a slim build, approximately 5'7 to 5'8 in height, and weighing approximately 160 pounds. Teller A told law enforcement that the robber was wearing an "afro" wig that was brown or black in color, reading style glasses, and a black, long coat.

---

[1] Based upon my training, experience, and familiarity with the investigation, I know that "bait bills" are used by banks to aid in the tracing of bank robbers. Banks accomplish this by recording the serial numbers on certain bills and using those bills during a robbery.

### Interview of Security Guard

10. According to Bank Employee A, an armed security guard who was working at MB Financial Bank on June 11, 2018, he/she observed a black male, hereinafter referred to as the "robber," enter the bank wearing a black blazer, black pants, and brown wig. Bank Employee A told law enforcement that he/she saw the robber walk directly to a teller counter. Bank Employee A was immediately suspicious of the robber because of his wig. According to Bank Employee A, he/she walked behind the robber, who was standing at the teller counter, and observed Teller A hand a large amount of cash to the robber.

11. According to Bank Employee A, he/she then stated to the robber something to the effect of, "You are under arrest, you aren't leaving here with that money," to which the robber replied in effect, "I'm leaving with this money." Bank Employee A told law enforcement that the robber subsequently attempted to leave the bank, and Bank Employee A chased after the robber. During the chase, Bank Employee A discharged his/her firearm at the bank robber one time. According to Bank Employee A, he/she believed that he/she shot the robber in the leg. Bank Employee A then observed the robber continue fleeing on foot west bound from the bank.

### CPD Arrest of KINTA HARRIS

12. CPD responded to the hold-up alarm at MB Financial Bank, where CPD personnel were provided a description of the robber and information that the bank robber had likely been shot in the leg by Bank Employee A.

13. According to CPD, CPD personnel subsequently canvassed the area surrounding the bank, during which CPD personnel observed an individual running in the area of 90th Street and Escanaba Avenue in Chicago, Illinois, who matched the general description of the robber and appeared to be injured. CPD stopped the individual, who was identified as HARRIS. I am aware that CPD personnel found $4,203 on HARRIS' person and discovered that HARRIS suffered from a gunshot wound to his right leg.

14. After CPD took HARRIS into custody, CPD personnel brought HARRIS back to MB Financial Bank and Bank Employee A identified HARRIS as the individual who robbed the bank.

15. Following his arrest, HARRIS was taken to the University of Chicago Medical Center for medical treatment.

16. According to CPD, following HARRIS' arrest, CPD personnel found a brown wig inside a garbage can located at approximately 9131 South Exchange Avenue, Chicago, Illinois. CPD personnel also recovered a black suit jacket and black pants inside a grill at approximately the same location. My review of the bank's video surveillance footage reveals that the wig and clothing appear to match the items worn by the robber.

### HARRIS' Post-Arrest Interview

17. At approximately 12:30 p.m. on June 11, 2018, the FBI took custody of HARRIS at the University of Chicago Medical Center. HARRIS was then transported

to FBI offices for processing. After being advised of his rights and signing a *Miranda* waiver, HARRIS told law enforcement in summary:

    a.    That he had been employed by a staffing agency for two years and hired to work at various warehouses around the Chicago area;

    b.    That in October of 2017 he was terminated from his employment with the staffing agency;

    c.    That he started to fall on hard times and needed to get money to support his family and pay bills including parking tickets;

    d.    That on June 11, 2018, he walked from a laundry-mat in the area of 75th Street and Colfax Avenue to the MB Financial Bank;

    e.    That he had found a wig at a bus stop, wrote out a demand note at a library located near MB Financial Bank, and decided to rob the bank;

    f.    That he recalled entering the bank and passing a note to a teller, who provided him with money;

    g.    That a security guard attempted to stop him from leaving the bank and subsequently shot him; and

    h.    That he continued running after being shot, until he was arrested by CPD.

18.    HARRIS was shown photographic stills of surveillance video provided by MB Financial Bank, from which he identified himself and initialed the photograph.

## Information Received from MB Financial Bank

19. According to MB Financial Bank, following the robbery an audit was conducted by MB Financial, which showed a loss of $4,203 to the bank, which is the same amount of money found on HARRIS' person at the time of his arrest. MB Financial Bank provided law enforcement with the serial numbers of the bait bills taken during the robbery, which matched the serial numbers on the money found on HARRIS' person at the time of his arrest.

20. Law enforcement received an FDIC Certificate from MB Financial Bank, which showed that MB Financial Bank's deposits were insured by the Federal Deposit Insurance Corporation at the time of the robbery.

## II. CONCLUSION

21. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that, on or about June 11, 2018, KINTA HARRIS, by intimidation, took from the person and presence of bank employees approximately $4,203 in United States Currency belonging to and in the care, custody, control, management, and possession of a bank, namely, MB Financial Bank located at 3030 East 92nd Street, Chicago, Illinois, in the Northern District of Illinois, the deposits of which were insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

Kevin R. Eberle
Task Force Officer
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on June 12, 2018.

DANIEL G. MARTIN
United States Magistrate Judge

8